## EVANS *v.* DIAL.

Construing together all the provisions of the act of February 24th, 1875, on the subject of interest, a parol contract made in 1877 for interest at the rate of 12 per cent. per annum (the maximum allowed by the act), though not enforceable as to the excess above 7 per cent., was not usurious so as to taint an absolute deed conveying land as security for the loan and render the same void. In order for the debtor to redeem the land or resist an action brought by the creditor for its recovery, he must tender the principal of the debt together with 7 per cent. per annum interest, or the balance thereof after deducting all partial payments.

December 28, 1891.                                    *Judgment reversed.*

Interest and usury.    Title.    Before Judge GOBER. Cherokee superior court.    February term, 1891.

Complaint for land was brought, the abstract of title relied on being a deed from Cyrus Dial and Aralinta Dial to the plaintiff, dated April 18, 1877. Cyrus Dial pleaded the general issue, and that the deed was given to secure an usurious debt not in writing, drawing interest at twelve per cent., entered into on April 18, 1877, and was therefore void. The verdict was for the defendant, and the plaintiff's motion for a new trial was overruled.

J. E. MOZLEY, for plaintiff, cited Acts 1875, p. 105; 63 *Ga.* 56; 64 *Ga.* 183; 68 *Ga.* 628; 69 *Ga.* 722; 72 *Ga.* 863; 79 *Ga.* 742; 80 *Ga.* 423.

No appearance for defendant.